IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:08-CR-40-BO
No. 4:11-CV-34-BO

| | | |
|---|---|---|
| **ABRIEL DONTEA DOVE,** | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | <u>**ORDER TO SEAL**</u> |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| Respondent. | ) | |

For good cause shown, Respondent's Memorandum in Support of the Motion to Dismiss and Respondent's Memorandum in Support of the Motion to Seal in the above-captioned case is hereby **GRANTED**. The Clerk's Office is **DIRECTED** to place Respondent's Memorandum in Support of Respondent's Motion to Dismiss and Respondent's Memorandum in Support of the Motion to Seal under seal, except that copy of the same is issued to Respondent.

SO ORDERED, this _14_ day of August, 2011.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE